## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TERESA CASEREZ,

    Plaintiff,

v.                                        CASE NO.  8:17-cv-477-T-26AEP

CREDIT ONE BANK, N.A.,

    Defendant.
_____ /

## **O R D E R**

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the Joint Stipulation and Motion Staying and Referring Case to Arbitration (Dkt. 9) is **granted**.  The Court stays all proceedings in this case and directs the parties to arbitrate the Plaintiff's claims pursuant to the Cardholder Agreement attached to the Stipulation.  The clerk is directed to **administratively close** this case during the period of the stay.

**DONE AND ORDERED** at Tampa, Florida, on May 30, 2017.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record